UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH E. THURSTON, and ARLENE D. THURSTON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HSBC BANK USA, N.A., as indentured trustee for FBR SECURITIZATION TRUST 2005-3, and CALLABLE MORTGAGE BACKED NOTES 2005-3; WELLS FARGO HOME MORTGAGE; AMERICAS SERVICING CORPORATION; and NATIONAL DEFAULT SERVICING CORPORATION,<br><br>　　　　　Defendants. | 3:16-cv-0246-LRH-VPC<br><br><u>ORDER</u> |

　　　Before the court is plaintiffs Joseph E. Thurston and Arlene D. Thurston's ("the Thurstons") first amendment to the petition for injunctive and declaratory relief which the court shall construe as a motion to file an amended complaint. ECF No. 9.

**I.　Facts and Procedural History**

　　　This is an wrongful foreclosure action brought by the Thurstons against defendants. On April 12, 2016, the Thurstons filed a complaint in state court against defendants alleging a single cause of action for a violation of Nevada Revised Statutes § 107.530. ECF No. 1, Exhibit 1, p. 22-29. In response, defendants removed this action to federal court on the basis of diversity

jurisdiction. ECF No. 1. Thereafter, the Thurstons filed the present motion to amend. ECF No. 9.

## II.    Discussion

A party may amend its pleadings by leave of court. FED. R. CIV. P. 15(a)(2). Leave of court to amend should be freely given when justice so requires and when there is no undue delay, bad faith, or dilatory motive on the part of the moving party. *See Wright v. Incline Village General Imp. Dist.*, 597 F.Supp.2d 1191 (D. Nev. 2009); *DCD Programs, LTD v. Leighton*, 883 F.2d 183 (9th Cir. 1987).

Here, the Thurstons request leave to amend their complaint to add an additional cause of action against defendants for a violation of Nevada Revised Statutes § 107.086. *See* ECF No. 9. Along with the motion, the Thurstons have also attached the proposed amended complaint in accordance with Local Rule 15-1(a). *See* ECF No. 9, Exhibit 1. The court finds that there is no undue delay, bad faith, or dilatory motive on behalf of the Thurstons in requesting leave to amend their complaint. Further, the court finds that the matter is early in litigation and that the defendants would not be prejudiced by allowing amendment. Accordingly, the court shall grant the Thurstons' motion for leave to file an amended complaint.

IT IS THEREFORE ORDERED that plaintiffs' motion to amend (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that plaintiffs shall have ten (10) days from entry of this order to file the proposed amended complaint attached as Exhibit 1 to their motion to amend (ECF No. 9, Exhibit 1).

IT IS SO ORDERED.

DATED this 19th day of May, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE